IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |

This Document Relates To:

<u>Al-Haramain Islamic Foundation, Inc, et al v Bush, et al</u>, 07-109

_____/

On October 30, 2006, plaintiffs in <u>Al-Haramain Islamic Foundation, Inc, et al v Bush, et al</u>, 07-109, moved for partial summary judgment while the suit was pending before Judge King in the District of Oregon. See Doc #85, 06-274-KI. On November 1, 2006, Judge King stayed responsive briefing on plaintiffs' motion pending action by the Judicial Panel on Multidistrict Litigation (JPML) in MDL-1791. Doc #91, 06-274-KI. The JPML has since transferred the case to this court. See Doc #1, 07-109.

//
//

Accordingly, the court sets the following briefing schedule:  defendants' opposition to plaintiffs' motion for partial summary judgment shall be filed on or before April 12, 2007, and plaintiffs' reply, if any, is due April 19, 2007.  The court will hear argument on plaintiffs' motion on May 3, 2007, at 2:00 pm, or at such other time as they may arrange with the courtroom deputy, Ms Cora Klein, 415-522-2039.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge