1 JEFFREY S. BUCHOLTZ
  Acting Assistant Attorney General
2 CARL J. NICHOLS
  Deputy Assistant Attorney General
3 DOUGLAS N. LETTER
  Terrorism Litigation Counsel
4 JOSEPH H. HUNT
  Branch Director
5 ANTHONY J. COPPOLINO
  Special Litigation Counsel
6 ALEXANDER K. HAAS
  Trial Attorney
7 U.S. Department of Justice
  Civil Division
8 Federal Programs Branch
  20 Massachusetts Avenue, NW
9 Washington, D.C. 20001
  Phone: (202) 514-4782
10 Fax:    (202) 616-8460

11 *Attorneys for the Defendants*

12

13                 **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

                                        )  No. M:06-CV-01791-VRW
15 IN RE NATIONAL SECURITY AGENCY        )
   TELECOMMUNICATIONS RECORDS            )  **STIPULATION EXTENDING PAGE**
16 LITIGATION                            )  **LIMITATION FOR DEFENDANTS'**
                                        )  **REPLY IN SUPPORT OF SECOND**
17 This Document Solely Relates To:      )  **MOTION  TO DISMISS OR, IN THE**
                                        )  **ALTERNATIVE, FOR SUMMARY**
18 *Al-Haramain Islamic Foundation et al.* )  **JUDGMENT IN** *Al-Haramain Islamic*
      *v. Bush*, *et al*. (07-CV-109-VRW) )  *Foundation et al. v. Bush et al.*
19                                        )
                                        )  Date:        April 23, 2008
20                                        )  Time:        10:00 a.m.
                                        )  Courtroom:   6, 17th Floor
21                                        )  Honorable Vaughn R. Walker

22                        **RECITALS**

23         1.      On March 14, 2008, Defendants filed their Second Motion to Dismiss or for

24 Summary Judgment.  *See* Dkt. No. 17 (07-CV-109).

25         2.      On March 28, 2008, Plaintiffs filed an Opposition to Defendants' motion.  *See*

26 Dkt. No. 20 (07-CV-109).

27

28 **Stipulation to Extend Page Limitation for Defendants' Reply Brief**
   ***Al-Haramain Islamic Foundation et al. v. Bush et al.* (07-CV-109-VRW) (MDL No. 06-1791-VRW**)

3. By Order dated February 7, 2008, the Court permitted Amicus briefs to be filed in connection with Defendants' motion by April 7, 2008. *See* Dkt. 15 (07-CV-109).

4. On April 7, 2008, two Amicus briefs were filed in connection with Defendants' motion. *See* Dkt. Nos. 440 and 442 (MDL 06-CV-1791).

5. Defendants require additional pages to reply to Plaintiffs' Opposition and the Amicus briefs filed in connection with Defendants' motion.

6. The Court's Order of February 7, 2008 granted the parties a page extension for their initial submissions to 40 pages; however, Defendants' initial motion did not exceed the 25-page limitation of the local rules.

7. Counsel for Defendants (Mr. Coppolino) conferred with counsel for the Plaintiffs (Mr. Eisenberg) and obtained Plaintiffs' consent to this page extension.

8. Consistent with ¶ 6 of the Court's Practice & Procedure Order, *see* Dkt. No. 370 (MDL 06-CV-1791), this stipulation is being filed five days before the due date of Defendant's reply (April 14, 2008). (The Amicus briefs were filed the evening of April 7, 2008.)

### STIPULATION

The Plaintiffs and Defendants in *Al-Haramain v. Bush* (06-CV-109), through their respective counsel, hereby stipulate and agree that the page limitation for Defendants' Reply to Plaintiffs' Opposition to Defendants Second Motion to Dismiss or, in the Alternative, for Summary Judgment and Amicus briefs filed in connection with Defendants' pending motion, be extended to 25 pages.

A proposed Order for the Court's approval of this stipulation is attached hereto.

Dated: April 9, 2008                 Respectfully Submitted,

<div style="margin-left:50%">

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

</div>

JOSEPH H. HUNT
Branch Director

_s/ Anthony J. Coppolino_
ANTHONY J. COPPOLINO
Special Litigation Counsel

_s/ Alexander K. Haas_
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8460
Attorneys for the Defendants

**Stipulation to Extend Page Limitation for Defendants' Reply Brief**

*Al-Haramain Islamic Foundation et al. v. Bush et al.* **(07-CV-109-VRW) (MDL No. 06-1791-VRW)**     -3-

### DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, ALEXANDER K. HAAS, do hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this stipulation from the signatory listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2008 in the City of Washington, District of Columbia.

By: ___*s/ Alexander K. Haas*___
ANTHONY J. COPPOLINO
Special Litigation Counsel
ALEXANDER K. HAAS
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
Phone: (202) 514-4782
Fax:    (202) 616-8460

Attorneys for the Defendants

By: ___*s/ Jon B. Eisenberg* per G.O. 45___
JON B. EISENBERG
California Bar No. 88278 (jon@eandhlaw.com)
Eisenberg & Hancock LLP
1970 Broadway, Suite 1200 • Oakland, CA 94612
510.452.258l – Fax 510.452.3277

Counsel for Plaintiffs Al-Haramain Islamic
Foundation, Inc., Wendell Belew, and
Asim Ghafoor

**Stipulation to Extend Page Limitation for Defendants' Reply Brief**
*Al-Haramain Islamic Foundation et al. v. Bush et al.* (07-CV-109-VRW) (MDL No. 06-1791-VRW)          -4-

[PROPOSED] ORDER

Pursuant to the foregoing stipulation, the page limitation for Defendants' Reply in Support of Defendants' Second Motion to Dismiss or for Summary Judgment is hereby extended to 25 pages.

IT IS SO ORDERED.

Dated:   April ___10___, 2008.



_____
Hon. Vaughn R Walker
Chief Judge, United States District Court for the
Northern District of California