IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | ORDER |
| This order pertains to: Al-Haramain Islamic Foundation et al v Bush et al (C-07-0109 VRW), / | |

    This order corrects typographical errors in the order filed July 2, 2008 in this matter (Doc #452/33). On page 4:27-28, the words "sensitive compartmented" should be substituted for "sealed compartmentalized" in the original order.

    IT IS SO ORDERED.

                                VAUGHN R WALKER
                                United States District Chief Judge