1  GREGORY G. KATSAS
   Assistant Attorney General, Civil Division
2  JOHN C. O'QUINN
   Deputy Assistant Attorney General
3  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  ALEXANDER K. HAAS
   Trial Attorney
7  U.S. Department of Justice
   Civil Division, Federal Programs Branch
8  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
9  Phone: (202) 514-4782—Fax: (202) 616-8460
   *Attorneys for the Government Defendants*
10 *in their Official Capacities*

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13 IN RE NATIONAL SECURITY AGENCY        )    No. M:06-CV-01791-VRW
   TELECOMMUNICATIONS RECORDS            )
14 LITIGATION                            )
                                         )
15 *This Document Solely Relates To*:     )
                                         )
16 AL-HARAMAIN ISLAMIC                   )
   FOUNDATION OF OREGON, INC.;           )
17 WENDELL BELEW; ASIM GHAFOOR,          )    **NOTICE OF APPEAL**
                                         )
18         Plaintiffs,                   )    ***Al-Haramain Islamic Foundation***
                                         )    ***of Oregon, Inc. et al., v. Bush, et al.***
19 v.                                    )    **(07-CV-00109-VRW)**
                                         )
20 GEORGE W. BUSH, President of the United )
   States, in his official capacity; NATIONAL )
21 SECURITY AGENCY ("NSA"); KEITH B.      )
   ALEXANDER, Director of NSA, in his official )
22 capacity; OFFICE OF FOREIGN ASSETS     )
   CONTROL of the U.S. Department of the  )
23 Treasury ("OFAC"); ADAM J. SZUBIN,     )
   Director of OFAC, in his official capacity; )
24 FEDERAL BUREAU OF INVESTIGATION        )
   ("FBI"); and ROBERT S. MUELLER III,    )
25 Director of FBI, in his official capacity.  )
                                         )
26         Defendants.

27

28 **Government Defendants' Notice of Appeal**
   ***Al-Haramain v. Bush*** **(07-cv-109-VRW) (MDL06-cv--1791-VRW)**

**1**

**2**

**3**

**4**

**5**

**6**

**7**

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B), notice is given that the Government Defendants in the above-captioned case—George W. Bush, the President of the United States, in his official capacity; the National Security Agency ("NSA"); Keith B. Alexander, Director of NSA, in his official capacity; the Office of Foreign Assets Control of the U.S. Department of the Treasury ("OFAC"); Adam J. Szubin, Director of OFAC, in his official capacity; the Federal Bureau of Investigation ("FBI"); and Robert S. Mueller III, Director of FBI, in his official capacity—hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the Court entered on January 5, 2009 in the above referenced action, *Al-Haramain Islamic Foundation of Oregon, et al., v. Bush, et al.* (07-cv-109-VRW). *See* Docket No. 57 in Civil Action 3:07-cv-109 and Docket No. 537 in Civil Action M:06-cv-1791.

Dated:  January 16, 2009

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General, Civil Division

JOHN C. O'QUINN
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

  *s/ Alexander K. Haas*
ALEXANDER K. HAAS
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 514-4782—Fax: (202) 616-8460
Email: tony.coppolino@usdoj.gov

*Attorneys for the Government Defendants
in their Official Capacities*

**Government Defendants' Notice of Appeal**
*Al-Haramain v. Bush* **(07-cv-109-VRW) (MDL06-cv--1791-VRW)**