1  MICHAEL F. HERTZ
   Acting Assistant Attorney General
2  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  ANTHONY J. COPPOLINO
   Special Litigation Counsel
5  ALEXANDER K. HAAS
   Trial Attorney
6  U.S. Department of Justice
   Civil Division, Federal Programs Branch
7  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
8  Phone: (202) 514-4782—Fax: (202) 616-8460

9  *Attorneys for the Government Defendants*

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  IN RE NATIONAL SECURITY AGENCY             )  No. M:06-CV-01791-VRW
    TELECOMMUNICATIONS RECORDS                 )
14  LITIGATION                                 )  **GOVERNMENT DEFENDANTS'**
                                               )  **NOTICE OF LODGING OF IN**
                                               )  **CAMERA, EX PARTE CLASSIFIED**
15  This Document Solely Relates To:           )  **DECLARATION OF JOHN F.**
                                               )  **HACKETT, OFFICE OF THE**
16  *Al-Haramain Islamic Foundation et al.*    )  **DIRECTOR OF NATIONAL**
        *v. Obama, et al.* (07-CV-109-VRW)     )  **INTELLIGENCE**
17                                             )
                                               )  Honorable Vaughn R. Walker
18                                             )
                                               )
19
        The Government Defendants hereby provide notice that the Classified Declaration of
20
    John F. Hackett of the Office of the Director of National Intelligence, dated February 27, 2009,
21
    is being lodged with court security officers solely for the Court's *in camera, ex parte* review.
22
    Dated: February 27, 2009            Respectfully Submitted,
23
                                        MICHAEL F. HERTZ
24                                      Acting Assistant Attorney General

25                                      DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel
26

27

28  **Government Defendants' Notice of Lodging of Classified Declaration of John F. Hackett**
    *Al-Haramain Islamic Foundation et al. v. Obama et al.* **(07-CV-109-VRW) (MDL No. 06-1791-VRW)**

1  JOSEPH H. HUNT
   Director, Federal Programs Branch

2   *s/ Anthony J. Coppolino*
    ANTHONY J. COPPOLINO
3   Special Litigation Counsel

4  ALEXANDER K. HAAS
   Trial Attorney
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
7  Phone: (202) 514-4782—Fax: (202) 616-8460

8  *Attorneys for the Government Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 **Government Defendants' Notice of Lodging of Classified Declaration of John F. Hackett**
*Al-Haramain Islamic Foundation et al. v. Obama et al.* **(07-CV-109-VRW) (MDL No. 06-1791-VRW)**       -2-