1  MICHAEL F. HERTZ
   Deputy Assistant Attorney General
2  DOUGLAS N. LETTER
   Terrorism Litigation Counsel
3  JOSEPH H. HUNT
   Director, Federal Programs Branch
4  VINCENT M. GARVEY
   Deputy Branch Director
5  ANTHONY J. COPPOLINO
   Special Litigation Counsel
6  MARCIA BERMAN
   Trial Attorney
7  U.S. Department of Justice
   Civil Division, Federal Programs Branch
8  20 Massachusetts Avenue, NW, Rm. 6102
   Washington, D.C. 20001
9  Phone: (202) 514-4782—Fax: (202) 616-8460

10 *Attorneys for the Government Defendants*

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | **No. M:06-cv-01791-VRW** |
| | **STIPULATION TO MODIFY AND EXTEND THE CURRENT SCHEDULE** |
| | Date: September 1, 2009 |
| This Document Solely Relates To: | Time: 10:00 a.m. |
| | Courtroom: 6, 17th Floor |
| *Al-Haramain Islamic Foundation of Oregon, et al. v. Obama, et al.* (07-cv-109-VRW) | Chief Judge Vaughn R. Walker |

20      Pursuant to Local Rule 6.1, the parties, through their undersigned counsel, hereby

21 stipulate to and seek the Court's approval of a modification to the current briefing and hearing

22 schedule for plaintiffs' motion for partial summary judgment as set forth in the Court's Order of

23 July 2, 2009 (Dkt. 98 in 07-cv-109-VRW).

24                              **RECITALS**

25      1.   After a hearing in this action on June 3, 2009, the Court directed the plaintiffs to file a

26 motion for summary judgment and set a hearing on plaintiffs' motion for September 1, 2009.

27 *See* June 5, 2009 Order, Dkt. 96.  The Court directed that plaintiffs' motion must be based on

28

**Stipulation to Modify and Extend the Briefing Schedule**
*Al-Haramain v. Obama*, 07-cv-109-VRW (M:06-cv-01791-VRW)                            1

1  non-classified evidence and that if "defendants rely upon Sealed Document or other classified
2  evidence in response, the court will enter a protective order and produce such classified
3  evidence" to certain of plaintiffs' counsel. *Id.* at 2.
4      2. On July 2, 2009, the Court approved the parties' stipulated briefing schedule
5  giving: (i) plaintiffs until July 10, 2009 to file a motion for summary judgment; (ii) defendants
6  until August 5, 2009 to oppose the motion; and (iii) plaintiffs until August 19, 2009 to reply.
7      3. Plaintiffs filed a partial motion for summary judgment on July 9, 2009. *See* Dkt.
8  99.
9      4. Counsel for the Government Defendants has conferred with counsel for plaintiffs and
10 sought agreement on a short two-week extension of the briefing schedule and a modification of
11 the hearing date due to the press of business and other scheduling conflicts arising after the
12 plaintiffs filed their motion.[1] To facilitate this agreement, counsel for Government Defendants
13 advised plaintiffs' counsel that the Government does not presently anticipate submitting
14 classified information in support of the Government's position in response to plaintiffs' motion
15 or with any cross motion.
16     5. No prior modifications of the briefing schedule or hearing with regard to
17 plaintiffs' instant motion for partial summary judgment have been sought or entered. L.R.
18 6-2(a)(2).
19     6. The requested time modification would adjust the time for the Government's response
20 (or any cross motion), Plaintiffs' reply (or any opposition), and the hearing date, but would have
21 no other impact on the schedule in this case. L.R. 6-2(a)(3).
22     7. The parties request that the Court change the hearing date on the matter from

---

[1] Counsel for the Government advised plaintiffs that the Government's response time was impacted by the need for Government counsel to present oral argument in two matters on July 15, 2009 (before this Court in the *Jewel* action) and July 22, 2009 (in another action), as well as other business and personal commitments.

**Stipulation to Modify and Extend the Briefing Schedule**
*Al-Haramain v. Obama*, **07-cv-109-VRW (M:06-cv-01791-VRW)**                                 2

Tuesday, September 1, 2009 to Friday, September 25, 2009 at 10:00 am.[2]

**STIPULATION**

Pursuant to L.R. 6.1, the parties, through their undersigned counsel, hereby stipulate and agree to the following modification to the briefing schedule and hearing on plaintiffs' partial motion for summary judgment, and request that the Court enter the proposed order below as an order of the Court.

1. The Government Defendants' response to plaintiffs' partial motion for summary judgment (and any cross motion) is due on August 20, 2009.

2. Plaintiffs' reply in support of their motion (and opposition to any cross motion) is due on September 8, 2009.

3. If the Government Defendants file a cross motion, any reply in support thereof would be due on September 14, 2009.

4. The matter will be heard on Friday, September 25, 2009 at 10:00 a.m.

DATED: July 31, 2009                    Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Branch Director

  *s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
Special Litigation Counsel

MARCIA BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102

---

[2] We note this is not the Court's usual day to hear motions, but seek the Court's approval of a Friday hearing in this case to accommodate the parties' pre-existing schedules.

1
2      Washington, D.C. 20001
       Phone: (202) 514-4782—Fax: (202) 616-8460
3
       *Attorneys for the Government Defendants*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, ANTHONY J. COPPOLINO, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on July 31, 2009, in the City of Washington, District of Columbia.

>MICHAEL F. HERTZ
>Acting Assistant Attorney General
>DOUGLAS N. LETTER
>Terrorism Litigation Counsel
>JOSEPH H. HUNT
>Director, Federal Programs Branch
>VINCENT M. GARVEY
>Deputy Branch Director
>ANTHONY J. COPPOLINO
>Special Litigation Counsel
>MARCIA BERMAN
>Trial Attorney
>
>By: ___*s/ Anthony J. Coppolino*___
>ANTHONY J. COPPOLINO
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue, NW, Rm. 6102
>Washington, D.C. 20001
>Phone: (202) 514-4782—Fax: (202) 616-8460
>
>*Attorneys for the Government Defendants*
>
>
>By: ___*s/ Jon B. Eisenberg* per G.O. 45___
>JON B. EISENBERG
>California Bar No. 88278 (jon@eandhlaw.com)
>Eisenberg & Hancock LLP
>1970 Broadway, Suite 1200 • Oakland, CA 94612
>510.452.2581 – Fax 510.452.3277
>
>Counsel for Plaintiffs Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor

1  [~~PROPOSED~~] ORDER

2  Pursuant to the foregoing stipulation, and good cause appearing, it is hereby ORDERED
3  that:

4  1.  The Government Defendants' response to plaintiffs' partial motion for summary
5  judgment (and any cross motion) is due on August 20, 2009.

6  2.  Plaintiffs' reply in support of their motion (and opposition to any cross motion) is due
7  on September 8, 2009.

8  3.  If the Government Defendants file a cross motion, any reply in support thereof would
9  be due on September 14, 2009.

10  4.  The matter will be heard on ~~Friday, September 25, 2009~~ SEPTEMBER 23, 2009 at 10:00 a.m.

12  IT IS SO ORDERED.

13  Dated: __August 3__, 2009.



Hon. Vaughn R. Walker
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

**Stipulation to Modify and Extend the Briefing Schedule**
*Al-Haramain v. Obama*, 07-cv-109-VRW (M:06-cv-01791-VRW)                                    6