IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                               MDL Docket No 06-1791 VRW

NATIONAL SECURITY AGENCY                             ORDER
TELECOMMUNICATIONS RECORDS
LITIGATION

This order pertains to:

Al-Haramain Islamic Foundation et
al v Obama et al (C-07-0109 VRW),

/

    Pursuant to the foregoing stipulation, it is hereby ORDERED that the due date for Defendants' response to Plaintiffs' Motion for Attorney Fees (Dkts 738/128) shall be extended from August 4, 2010 to August 5, 2010.  No further extensions should be sought as none will be granted.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

                               VAUGHN R WALKER

                               United States District Chief Judge